IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | ) | |
|---|---|---|
| LARRY CRAIGMYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:12-cv-03080-JTF-cgc |
| | ) | |
| U.S. GOVERNMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Before the Court is Defendant's U.S. Government Motion to Dismiss, filed on February 14, 2013, pursuant to Fed. R. Civ. P. 12(b)(6). (D.E. #8). On March 12, 2013, Plaintiff Larry Craigmyle filed his Response in Opposition of Defendant's Motion to Dismiss. (D.E. #9). On March 27, 2013, these Motions were referred to the Magistrate for Report and Recommendation, pursuant to 28 U.S.C. §§631-39. (D.E. #10). On June 14, 2013, the Magistrate entered her Report and Recommendation, recommending that Defendant's Motion for Dismiss should be granted. (D.E. #13). On June 27, 2012, Plaintiff filed "Exceptions to United States Magistrate Judge Claxton Report and Recommendation" as an objection to the Magistrate's Report and Recommendation. Plaintiff's objections to the Magistrate's Report and Recommendation do not address the Magistrate's analysis of the dismissal of his Complaint.

Thus, after reviewing the Magistrate Judge's Report and Recommendation, the parties' motions and responses, Plaintiff's objections, and the entire record, the Court hereby ADOPTS the Magistrate's Report and Recommendation.

1

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6) is GRANTED.

IT IS SO ORDERED this 15th day of July, 2013.

BY THIS COURT:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge